**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00268-CV

### IN RE CHARLES ANTHONY ALLEN SR., Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Before the Court is relator's motion for reconsideration.  We **DENY** the motion.


/s/  CRAIG STODDART
    JUSTICE